EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: David Urbina Urbina | 2007 TSPR 124 171 DPR \_\_\_\_ |

Número del Caso: TS-2311

Fecha: 15 de junio de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Renuncia voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*RE*

David Urbina Urbina                    TS-2311


RESOLUCIÓN


San Juan, Puerto Rico, a 15 de junio de 2007


Examinada la solicitud de renuncia voluntaria al ejercicio de la abogacía del Lcdo. David Urbina Urbina y el escrito, de 8 de marzo de 2007, del Colegio de Abogados de Puerto Rico, se declara con lugar la solicitud.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo